■ In the Matter of the Final Accounting of ABRAHAM STREIFER, as Committee of the Person and Property of BERTHA F. BANGS, an Incompetent Person. (Two Proceedings.) — Motion to dismiss appeal denied, without costs. In view of the dispute between the parties as to the record it should be settled before the court at Special Term.

■ AUDREY B. AGGER, an Infant by HAROLD AGGER, Her Guardian ad Litem, Plaintiff, v. JOHN T. ACKENBRACK, Defendant. (Action No. 1.) THOMAS D. WALSH, an Infant, by WILLIAM F. WALSH, His Guardian ad Litem, Appellant, v. JOHN T. ACKENBRACK, Respondent. (Action No. 2.) JOHN ACKENBRACK, Plaintiff, v. THOMAS D. WALSH, Defendant. (Action No. 3.) — Motion to dismiss appeal in Action No. 2 granted, by default, without costs.

■ GILBERT ROLLER, Respondent, v. VIVIAN FRANKEL et al., Appellants.— Motion to extend time within which to perfect appeal granted, and the time is extended to December 20, 1960.